IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STANLEY WAYNE DAVIS, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-3049-TWT |

**ORDER**

This is a pro se prisoner civil rights action in which the Plaintiff complains about the medical care that he received while at the Henry County jail. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending dismissing the action as frivolous. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 22 day of March, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Davis\15cv3049\r&r.wpd